## UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. *04-10249-PBS* |
| | ) | |
| v. | ) | VIOLATIONS: |
| | ) | |
| STEVEN NOTHMANN | ) | 26 U.S.C. § 7212 |
| | ) | Corruptly Obstruct and Impede |
| | ) | the Due Administration of the Internal |
| | ) | Revenue Service |
| | ) | |
| | ) | 42 U.S.C. § 408 |
| | ) | Use of a False Social Security |
| | ) | Number |

## INFORMATION

The United States Attorney charges that:

## GENERAL ALLEGATIONS

1.  At all relevant times, defendant STEVEN NOTHMANN was a resident of Massachusetts. He worked as a stock broker at several brokerage houses, including Morgan Stanley (formerly known as Dean Witter) and Bear Stearns.

2.  At all relevant times, NOTHMANN engaged in a continuing scheme to evade the payment of income tax liabilities for himself, and engaged in conduct designed to prevent the Internal Revenue Service from being able to collect the taxes owed by NOTHMANN, as detailed below.

3.  NOTHMANN sought to reduce the amount of money withheld by his employers by claiming a large number of allowances on his W-4 forms; by claiming to be "exempt" from taxes for some tax years; and by using his son's social security number on his W-4 forms instead of his own.

4.  NOTHMANN corruptly sought to avoid detection of this scheme and to obstruct the

efforts of the Internal Revenue Service to collect taxes by placing his assets in the names of

family members. Specifically, NOTHMANN had his paychecks deposited into bank accounts he

opened in his wife and children's names, using their social security numbers. He caused over

$2,600,000 of his money to be deposited into these bank accounts. NOTHMANN controlled

these bank accounts even though they were not in his name. NOTHMANN made cash

withdrawals from these accounts in excess of $500,000. He also forged the signatures of the

nominal account holders on checks drawing on these accounts. NOTHMANN also purchased a

home in Great Barrington, Massachusetts in his mother's name (Gladys Nothmann), even though

NOTHMANN himself paid the approximately $3000 monthly mortgage payments.

NOTHMANN also purchased a 2000 Mercedes Benz S500V for a total price of $91,546.20 and

placed it in the name of his wife (Bettye Nothmann).

5. As a result of NOTHMANN's deceptive practices, on September 17, 1997,

NOTHMANN succeeded in convincing officers of the Internal Revenue Service that he was

unable to pay the $83,827.30 in taxes, interest and penalties that he still owed on his 1990 and

1992 tax modules, even though in truth and in fact he well knew that he could afford to pay this

obligation.

6. After 1997, NOTHMANN simply failed to file any Individual Federal Income Tax

Returns.

7. NOTHMANN also attempted to obstruct and impede the administration of the Internal

Revenue Service by making false statements to the Special Agents of the Internal Revenue

Service who interviewed him on December 11, 2003 regarding his tax obligations. Specifically,

NOTHMANN claimed that his paychecks were deposited into his own bank accounts, when in

truth and in fact he well knew his paychecks were deposited into accounts held by his wife and

children. NOTHMANN further claimed that his wife and children did not hold any bank accounts in their own name or in trust for them, when in truth and in fact he well knew that they had bank accounts which he used for his own purposes. NOTHMANN also falsely claimed that the $1,200,000 he deposited into his daughter's bank account was her inheritance from his father, when in truth and in fact he well knew that this money was income he received from his employer. NOTHMANN further claimed that he had no connection to the house in Great Barrington nominally owned by his mother, even though in truth and in fact he knew that he paid the down-payment for that home and made the monthly mortgage payments for it.

8. The tax loss resulting from the above described activities is at least $197,000.

**COUNT ONE:**      **(26 U.S.C. § 7212 Corruptly Obstruct and Impede the Due Administration of the Internal Revenue Service)**

The United States Attorney further charges that:

9. Paragraphs 1 through 8 are realleged and incorporated as if fully set forth herein.

10. On or about and between October 1997 through December 2003, in the District of Massachusetts,

### STEVEN NOTHMANN

defendant herein, corruptly endeavored to obstruct and impede the due administration of the internal revenue laws by engaging in a course of conduct to avoid mandatory withholding of his taxes, hide his income and assets from the Internal Revenue Service, and mislead internal revenue officers about these activities, as detailed above.

All in violation of Title 26, United States Code, Section 7212(a).

**COUNT TWO:**      (42 U.S.C. § 408 Use of a False Social Security Number)

The United States Attorney further charges that:

11.  Paragraphs 1 through 8 are realleged and incorporated as if fully set forth herein.

12. On or about October 1996 and continuing through October 1998, in the District of

Massachusetts,

**STEVEN NOTHMANN**

defendant herein, did willfully, knowingly, and with intent to deceive, make a materially false

statement in Department of Treasury W-4 Forms defendant submitted through his employer

BEAR STEARNS, and in Federal Individual Tax Returns filed with Internal Revenue Service by

falsely and fraudulently representing his Social Security Number to be XXX-XX-5346, when in

fact defendant's true Social Security Number was XXX-XX-6953.

All in violation of Title 26, United States Code, Section 408(a)(7)(B).

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:

SETH P. BERMAN
Assistant U.S. Attorney

Date:    August 19, 2004

Criminal Case Cover Sheet                                    U.S. District Court - District of Massachusetts

Place of Offense: _____    Category No. __III_____    Investigating Agency  IRS_____

City  Brookline_____    Related Case Information:

County  Norfolk_____    Superseding Ind./ Inf. _____    Case No. _____
                                   Same Defendant _____ New Defendant _____
                                   Magistrate Judge Case Number  _____
                                   Search Warrant Case Number  _____
                                   R 20/R 40 from District of  _____

**Defendant Information:**

Defendant Name   Steven Nothmann_____    Juvenile   ☐ Yes   ☒ No

Alias Name  _____

Address    20 Chapel Street, Apt. 501C, Brookline, MA 02446_____

Birth date (Year only): _1945_ SSN (last 4 #): _6953_ Sex _m_ Race: ___white_____ Nationality: USA_____

Defense Counsel if known:    **Edward Lee**_____    Address:  **65 Franklin Street**
                                                                      **Boston, MA 02110**_____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA  Seth Berman_____    Bar Number if applicable  629332_____

Interpreter:      ☐ Yes ☒ No       List language and/or dialect: _____

Matter to be SEALED:      ☐ Yes   ☒ No

         ☐ Warrant Requested        ☒ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody as** _____ in _____ .
☐ **Already in State Custody** _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ **On Pretrial Release:**   Ordered by _____ on _____

**Charging Document:**      ☐ Complaint      ☒ Information      ☐ Indictment

**Total # of Counts:**      ☐ Petty _____      ☐ Misdemeanor _____      ☒ Felony    Two

Continue on Page 2 for Entry of U.S.C. Citations

☐       I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
        accurately set forth above.

Date:  8/19/04        Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Steven Nothmann _____

### U.S.C. Citations

| | __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|---|
| Set 1 | 26 U.S.C. § 7212 | Impede or Obstruct the Due Admin of IRS | One |
| Set 2 | 42 U.S.C. § 408 | Use of a False Social Security Number | Two |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**