UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

                CRIMINAL ACTION
                NO.

v.

STEVEN NOTHMANN

### NOTICE OF RESCHEDULED RULE 11 HEARING

SARIS, U.S.D.J.                                                                 September 27, 2004

      The Rule11 Hearing previously scheduled for October 1, 2004 at 4:00 p.m., has been **rescheduled** to **October 1, 2004, at 3:00 p.m.**

**NOTE: Change is to time only.**

                                                By the Court,

                                                /s/ Robert C. Alba
                                                Deputy Clerk

Copies to:  All Counsel

resched.ntc