AO 458 (Rev. 10/95) Appearance

# United States District Court
## DISTRICT OF MASSACHUSETTS

UNITED STATES

v.

STEVEN NOTHMANN

FILED
In Open Court
USDC, Mass.
Date 10-1-04
By
Deputy Clerk

## APPEARANCE

CASE NUMBER: 04-CR-10249-PBS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

STEVEN NOTHMANN

I certify that I am admitted to practice in this court.

10/1/04
Date

Signature: Edward J. Lee

Print Name: Edward J. Lee    Bar Number: 291430

Address: 65 Franklin St, Suite 500

City: Boston    State: MA    Zip Code: 02110

Phone Number: 617.350-6882    Fax Number: 617-348-2147

This form was electronically produced by Elite Federal Forms, Inc.