UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
In Open Court
USDC, Mass.
Date 10-1-04
By _____
Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 04-10249-PBS |
| | ) | |
| v. | ) | VIOLATIONS: |
| | ) | |
| STEVEN NOTHMANN | ) | 26 U.S.C. § 7212 |
| | ) | Corruptly Obstruct and Impede |
| | ) | the Due Administration of the Internal |
| | ) | Revenue Service |
| | ) | |
| | ) | 42 U.S.C. § 408 |
| | ) | Use of a False Social Security |
| | ) | Number |

## WAIVER OF INDICTMENT

STEVEN NOTHMANN, the above-named defendant, who is accused of corruptly obstructing and impeding the due administration of the Internal Revenue Service in violation of 26 U.S.C. § 7212, and who is also accused of using a false social security number, in violation of 42 U.S.C. § 408, being advised of the nature of the charges, the proposed information, and his rights, STEVEN NOTHMANN hereby waives in open court on October 1, 2004, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
STEVEN NOTHMANN
Defendant

_____
Edward Lee, Esq.
Counsel for the Defendant

Before: _____
Hon. Patti B. Saris
United States District Court Judge
District of Massachusetts