UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 04-10249-PBS |
|---|---|---|
| | ) | |
| v. | ) | VIOLATIONS: |
| | ) | |
| STEPHEN NOTHMANN | ) | 26 U.S.C. § 7212 |
| | ) | Corruptly Obstruct and Impede |
| | ) | the Due Administration of the Internal |
| | ) | Revenue Service |
| | ) | |
| | ) | 42 U.S.C. § 408 |
| | ) | Use of a False Social Security |
| | ) | Number |

ASSENTED TO MOTION TO CONTINUE DISPOSITION

Now comes the defendant Steven Nothmann, by and thru undersigned counsel, and respectfully moves to continue disposition in the above captioned matter from the date now set, January 14, 2005 to February 25, 2005 or any date thereafter convenient to the Court.

As reason therefor undersigned counsel represents as follows:

1. The defendant suffers from congestive heart failure, major diabetes disease, serious kidney failure, anemia, progressive neuropathy, ulcerated legs; and sleep apnea.

2. That on average the defendant takes over 20 medications a day, as well as daily self injections of insulin and aranesp for low red blood cells.

3. That the defendant is required to be in the hospital for 4-6 hours two days a week for intravenous feed of Natrecor, a diuretic to prevent fluid build up around his heart.

4. That the above conditions have resulted in a complicated medical history arising in large measure from a cut in his esophagus during a 2002 surgery on his spine. The surgery resulted in a seven week intensive care coma and extended twelve week rehabilitation hospitalization due to the spread of sepsis throughout his system.

As a result of the foregoing, undersigned counsel needs the foregoing extension of time to adequately canvas the defendant's six to seven doctors with respect to his present condition and prognosis, and to summarize his medical record in order to prepare and present a motion for downward departure pursuant to USSG section § 5 H1.4 for extraordinary physical impairment.

Wherefore, it is respectfully requested the within "Assented To Motion To Continue Disposition" be allowed.

December 21, 2004                               Respectfully submitted

                                                _____
                                                Edward J. Lee
                                                BBO #291480
                                                65 Franklin Street, Suite 500
                                                Boston, MA  62110

Telephonically Assented to:

_____
AUSA Seth Berman

## Certificate of Service

I, Edward J. Lee, counsel for defendant hereby certify I have this day delivered a copy of the above referenced Motion in hand to the office of government counsel AUSA Seth Berman, United States Attorney's Office, United States Courthouse, 1 Courthouse Way, Boston, MA 02210.

December 21, 2004

_____
Edward J. Lee