UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 04-10249-PBS |
| | ) | |
| v. | ) | VIOLATIONS: |
| | ) | |
| STEPHEN NOTHMANN | ) | 26 U.S.C. § 7212 |
| | ) | Corruptly Obstruct and Impede |
| | ) | the Due Administration of the Internal |
| | ) | Revenue Service |
| | ) | |
| | ) | 42 U.S.C. § 408 |
| | ) | Use of a False Social Security |
| | ) | Number |

ASSENTED TO MOTION TO FURTHER CONTINUE DISPOSITION

Now comes the defendant Steven Nothmann, by and thru undersigned counsel, and respectfully moves to continue disposition in the above captioned matter from the date now set, February 25, 2005 to March 18, 2005 or any date thereafter convenient to the Court.

As reason therefor undersigned counsel represents as follows:

1. The defendant suffers from congestive heart failure, major diabetes disease, serious kidney failure, anemia, progressive neuropathy, ulcerated legs; and sleep apnea, and is being treated by at least six separate physicians for these problems.

2. That on average the defendant takes over 20 medications a day, as well as daily self injections of insulin and aranesp for low red blood cells.

3. That the defendant is required to be in the hospital for 4-6 hours two days a week for intravenous feed of Natrecor, a diuretic to prevent fluid build up around his heart. Last

week, this process resulted in removing about 15 pounds of excess fluid. In addition, a heart biopsy and chamber measurement confirmed congestive heart failure.

4.  That the above conditions have resulted in a complicated medical history arising in large measure from a cut in his esophagus during a 2002 surgery on his spine. The surgery resulted in a seven week intensive care coma and extended twelve week rehabilitation hospitalization due to the spread of sepsis throughout his system.

5.  Defendant's counsel has been unable to date to timely complete canvas of said doctors and medical summary due to the press of business including attending some twelve full days of scheduled civil depositions under court ordered deadline, and several other court appearances on other criminal matters. This schedule has prevented arranging for and completing meeting with said physicians to obtain current diagnoses and prognosis with respect to the defendant's condition. Said deposition schedule is also to extend for the full week of February 14 through 18, 2005 and then will be substantially completed.

6.  Undersigned counsel therefore represents (1) that the above requested continuance will allow counsel to complete the above described medical review in aid of a motion for departure which fits the parameters of USSG § 5H1.4 for extraordinary physical impairment, and (2) that no further continuance will be sought.

Wherefore, it is respectfully requested the within "Assented To Motion To Continue Disposition" be allowed.

February 3, 2005                                         Respectfully submitted

                                                        _____
                                                        Edward J. Lee

BBO #291480
65 Franklin Street, Suite 500
Boston, MA  62110

Telephonically Assented to:

_AUSA Seth Berman by E. Lee_
AUSA Seth Berman

## Certificate of Service

I, Edward J. Lee, counsel for defendant hereby certify I have this day delivered a copy of the above referenced Motion in hand to the office of government counsel AUSA Seth Berman, United States Attorney's Office, United States Courthouse, 1 Courthouse Way, Boston, MA 02210.

February 3, 2005                              _Edward J. Lee_
                                             Edward J. Lee