UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Crim. No. 04-10249-PBS |
| | ) | |
| STEVEN NOTHMANN | ) | |
| | ) | |
| Defendant. | ) | |

## ASSENTED TO MOTION FOR CONTINUANCE OF SENTENCING

The United States, by and through its attorneys, United States Attorney Michael J.

Sullivan and Assistant United States Attorney Seth P. Berman, moves to continue the Sentencing

in this matter, currently scheduled for March 28, 2005 at 2 p.m. to on or after April 24, 2005.  As

grounds therefor the government states that defendant filed a lengthy and complicated motion for

downward departure based on his health problems, asserting, among other things, that

defendant's health issues precluded him from safely serving any term of imprisonment.  The

government has not yet been able to adequately address this issue because Seth P. Berman, the

attorney for the government, was out of the county from March 16, 2005 through March 23,

2005, virtually the entire time since being served with this motion.  Moreover, a proper response

to this motion requires significant input from physicians and other personnel at the Bureau of

Prisons, who must thoroughly review defendant's voluminous medical records which were filed

in support of the defendant's motion.  Finally, given the fact that the defendant requested and

received an extra two months to file this motion, the government's request for an additional four

weeks to respond is in the interest of justice.

The defendant, by and through his attorney, Edward Lee, Esq., assents to this motion.

WHEREFORE, the United States respectfully request that the Court continue the

Sentencing currently scheduled for March 28, 2005 until on or after April 24, 2005.

Respectfully Submitted,
MICHAEL J. SULLIVAN
United States Attorney
By:

/s/ Seth P. Berman
SETH P. BERMAN
Assistant U.S. Attorney
(617) 748-3385