UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. 04-10249-PBS |
| ) | VIOLATIONS: |
| v. ) | |
| ) | 26 U.S.C. § 7212 |
| STEVEN NOTHMANN ) | Corruptly Obstruct and Impede |
| ) | the Due Administration of the |
| ) | Internal Revenue Service |
| ) | |
| ) | 42 U.S.C. § 408 |
| ) | Use of a False Social Security |
| ) | Number |

## ASSENTED TO MOTION TO SUBSTITUTE ORIGINAL LETTERS AS EXHIBIT "A" IN LIEU OF COPIES INADVERTENTLY FILED AND (2) ADD A CURRICULUM VITAE INADVERTENTLY OMITTED FROM SAID EXHIBIT "A"

Now comes the defendant Steven Nothmann, by and thru undersigned counsel, and hereby moves to (1) substitute as Exhibit "A" to defendant's "Motion To Depart From A Sentence Guideline Range Calculated Pursuant To U.S.S.G. Sections 2t 4.1(F) And 3c1.1, And Impose A Sentence To Home Confinement As Appropriate Based Upon (1) The Defendant's Seriously Infirm Condition And (2) The Provisions Of U.S.S.G. § 5g1, And 18 U.S.C. 3553(A) 1 And 2, And (B)" filed March 14, 2005, original letters of Doctors Mark Aronson, Lana Tsao, Mary E. Patti, Mark Williams, John Guarini, and Jean Matheson inadvertently omitted from Exhibit "A", in lieu of copies thereof originally filed as Exhibit "A" and (2) to add to Exhibit "A" a curriculum vitae for Dr. Lana Tsao also inadvertently omitted.

Telephonically Assented
To March 16, 2005

*[signature]*
A.U.S.A. Seth Berman

Respectfully submitted,

*[signature]*
Edward J. Lee

Certificate of Service

I, Edward J. Lee, counsel for the defendant, hereby certify I have this day served a copy of the within Motion upon A.U.S.A. Seth Berman, Counsel for the United States, by delivering a copy to the office of the United States Attorney, Room 9200, United States Courthouse, 1 Courthouse Way, Boston, MA 02210.

March 16, 2005                             Edward J. Lee