UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                    CRIMINAL NO.  04-10249-PBS

Steven Nothmann
    Defendant

MEMORANDUM OF SENTENCING HEARING
AND
REPORT OF STATEMENT OF REASONS

Saris, D.J.

Counsel and the defendant were present for sentencing hearing on 5/9/05. The Court has considered the factors set forth in 18 U.S.C. §3553(a), including the sentencing guidelines. The reasons for sentence were stated in open court.

1.(a)   Were all factual statements contained in the Presentence Report (PSR) adopted without objection?

        __X__ yes   _____ no

  (b)   If no to (a) the PSR was adopted in part with the exception of the following factual issues in dispute:

2.   Are any legal issues in dispute?

        _____ yes   __X__ no

     If yes, describe disputed issues and their resolution:

2.(a)   Tentative findings as to advisory guidelines are:

        Total Offense Level: _____15_____

        Criminal History Category: ___1___

        __18__ to __24__ months imprisonment

        __24__ to __36__ months supervised release

        $__4,000__ to $__394,000__ fine

            (plus $_____ cost of

        imprisonment/supervision)

$_____ restitution

$ 200.00 special assessment ($_____ on each of counts _____)

(b) Are there any legal objections to tentative findings?

____ yes   X   no

3.(a) Remarks by counsel for defendant.[1]

X yes   ____ no

(b) Defendant speaks on own behalf.

X yes   ____ no

(c) Remarks by counsel for government.

X yes   ____ no

4.(a) The sentence will be imposed as follows:

_____ months imprisonment

_____ months/intermittent community confinement

    24    months probation [WITH A CONDITION OF HOME CONFINEMENT]

_____ months supervised release

$   4,000    fine (including cost of imprisonment/supervision)

$_____ restitution

$   200.00    special assessment ($_____ on each of counts _____)

Other provisions of sentence: (community service, forfeiture, etc.):

- DEFENDANT SHALL COMPLY WITH REQUESTED FINANCIAL OBLIGATIONS AS IMPOSED BY IRS AND PROBATION
- MENTAL HEALTH TREATMENT
- COMMUNITY SERVICES AS RECOMMENDED BY THE USPO

(b) After imposing sentence, the Court has advised the defendant of the defendant's right to appeal within 10 days of the entry of

---

[1] The order of argument and/or recommendation and allocution may be altered to accord with the Court's practice.

```
        judgment in accordance with FRCrP 32(a)(2).
```

5. Statement of reasons for imposing sentence.
   Check appropriate space.

   (a) ___ Sentence is within the advisory guideline range

   (b) ___ Sentence departs from the advisory guideline range as a result of:

   ___ substantial cooperation upon motion of the government

OR

   _X_ a finding that the following (aggravating or mitigating) circumstance exists that is of a kind or degree not adequately taken into consideration by the Sentencing Commission in formulating the guidelines and that this circumstance should result in a sentence different from that described by the guidelines for the following reasons:

   5H1.4 (EXTRAORDINARY PHYSICAL IMPAIRMENT).  THE GOVERNMENT AGREES.

6. (a) Is the sentence under the advisory sentencing guidelines reasonable in light of the factors set forth in 18 U.S.C. §3553(a)

   _X_ yes   ___ no

   (b) If no, why is the guideline sentence unreasonable?

   (c) Is restitution applicable in this case?

   ___ yes   _X_ no

   Is full restitution imposed?

   ___ yes   ___ no

   If no, less than full restitution is imposed for the following reasons:

   (d) Is a fine applicable in this case?

   _X_ yes   ___ no

   Is the fine within the guidelines imposed?

   ___ yes   _X_ no

3

If no, the fine is not within guidelines or no fine is imposed for the following reasons:

____ Defendant is not able, and even with the use of a reasonable installment schedule is not likely to become able, to pay all or part of the required fine; OR

____ Imposition of a fine would unduly burden the defendant's dependents; OR

____ Other reasons as follows:

7. Was a plea agreement submitted in this case?

    __X__ yes     _____ no

8. The PSR is adopted as part of the record, either in whole or in part as discussed above and is to be maintained by the U.S. Probation Department under seal unless required for appeal.

9. Judgment will be prepared by the clerk in accordance with above.

10. The clerk will provide this Memorandum of Sentencing Hearing And Report on Statement of Reasons to the U.S. Probation Department for forwarding to the Sentencing Commission, and if the above sentence includes a term of imprisonment, to the Bureau of Prisons.

_____       ___S/PATTI B. SARIS_____
Date      United States District Judge