

# M E M O R A N D U M

**To:**     Honorable Patti B. Saris, U.S. District Judge

**From:**  Jonathan E. Hurtig, Supervising U.S. Probation Officer

**Re:**     NOTHMAN, Steven

            Dkt. No.: 04-CR-10249

            **Request to Travel While on Home Detention without Electronic Monitoring**

**Date:**   August 10, 2005

On May 9, 2005, Mr. Nothman appeared before Your Honor for sentencing on one count of Corruptly Obstructing and Impeding the Due Administration of the IRS and one count of use of a False Social Security Number. Your Honor departed from the guideline range pursuant to U.S.S.G. § 5H1.4, based on Mr. Nothman's extraordinary medical concerns and imposed a two year period of probation, a $4,000 fine and the following special conditions:

(1) Defendant is to serve two years in home confinement without electronic monitoring. He may leave his home for medical treatment, religious services, the pharmacy, his attorney's office and meeting with the Internal Revenue Service;

(2) Defendant is to pay the balance of the fine according to a court-ordered repayment schedule;

(3) Defendant is to comply with all financial obligations of the Probation Office and Internal Revenue Service;

(4) Defendant is to participate in community service at the direction of the Probation Office if his health allows; and

(5) Defendant is to participate in a mental health treatment program as directed by the United States Probation Office. The defendant shall be required to contribute to the costs of services for such treatment based on the ability to pay or availability of third-party payment.

Since commencing his period of probation, Mr. Nothman has satisfied his financial obligation in full, and has complied with all the standard and special conditions imposed. Mr. Nothman maintains consistent contact with the Probation Office in regard to his medical appointments and continues to

participate in mental health treatment.

Mr. Nothman has requested permission to travel to Ohio for two days in order to attend the wedding of one of his only remaining friend's son. Mr. Nothman is unable to travel alone due to his health, therefore, he indicates that he would be accompanied on the trip by his daughter.

The Probation Office would typically deny such a request when an individual is on home detention. However, based on Mr. Nothman's medical condition and mental health issues, the Probation Office feels as though this trip would be in Mr. Nothman's best interest as it would have long term benefit to his mental health condition. I have enclosed for your review the letter that Mr. Nothman wrote to this writer seeking permission for this travel.

Therefore, we respectfully request the Court's permission to grant Mr. Nothman travel to Ohio to attend this wedding.

\_\_\_✓\_\_\_ Mr. Nothman's requested travel is approved.

_____ Mr. Nothman's requested travel is denied.

_____
Honorable Patti B. Saris
U.S. District Judge