U.S. PROBATION
2005 AUG 10 AM 2: 15
JOHN-WILLIAMS BLDG.

August 9, 2005

Mr. Hunter;

I am writing, at your suggestion, to request permission to attend a wedding in Ohio.

As I am increasingly isolated from friends and family — since my disasterous surgery three years ago — I have lost all my 'friends' who did not wish to be associated with a handicapped person. Except one: my college roommate of forty years ago. Because it is difficult for me to travel, coupled with his travel schedule and that I cannot welcome him in my home — difficulties with wife and son — I have not seen him or his family in years. I thought it could be a good antidote to my solitude and depression to be with his family on the occasion of his son's wedding.

I would be there and in transit for two days, expending some time resting. I would be accompanied in transit as I can no longer navigate an airport alone.

Judge Saris was sufficiently concerned with my documented depression that she specifically ordered psyciatric therapy to be continued and to counter my sad isolation. This event would help enormously.

Thank you for considering this request.

Steven Jothmann